

# TRACY WINKLER
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**June 4, 2014 08:43 AM**
**TRACY WINKLER**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 338061**

**CATHY BEIL**

**vs.**

**ABUBAKAR ATIQ DURRANI**

**A 1302781**

**JUDGE**
**RALPH E WINKLER**

## FILING TYPE: MOTION

## PAGES FILED: 51

EFR200

**Exhibit A**

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| CATHY BEIL, et al. | : | Case No. A1302781 |
| Plaintiffs, | : | Judge Ralph Winkler |
| vs. | : | |
| | : | |
| ABUBAKAR ATIQ DURRANI, M.D., et al. | : | |
| | : | |
| Defendants. | : | |

---

## PLAINTIFF'S MOTION UNDER CR 37

Plaintiffs pursuant to CR 37 request all relief available under CR 37.

Plaintiff properly noticed the deposition of Dr. Durrani as reflected in Exhibit 8 under the Index of Exhibits to this Motion. Dr. Durrani failed to cooperate or appear after receiving the Notice of the Deposition.

As reflected in Exhibit 11, a letter from Dr. Durrani's counsel advised us that he will not be available for the deposition.

Plaintiff's counsel wants to stress Dr. Durrani and CAST are parties to this action. They were properly served and before the Court. Dr. Durrani and CAST's legal counsel have fully participated in this case including discovery and fully defending the claim with experts.

Not only is Dr. Durrani a fugitive of justice, but he's been allowed to defend the claim while not submitting to a deposition.

If ever there is a case and circumstances requiring the harshest sanctions under CR 37, this and all companion cases are it.

Based upon the facts detailed herein including the Exhibits, particularly Exhibit 1 which is a summary, Plaintiff under CR37 (b)(2) and 37(d)(i)(iii), move as follows:

1. Dr. Durrani under CR 37(d)(i) failed to appear for his deposition.

2. Under CR 37(d)(iii), Plaintiff requests all relief under CR37(2) (a) (b) and (c).

3. Plaintiff requests the following facts be established:

   A. Dr. Durrani was negligent in his care and treatment of Plaintiff.

   B. Dr. Durrani committed battery upon Plaintiff.

   C. Dr. Durrani failed to inform Plaintiff of the risks and complications of his treatment and surgeries.

   D. Dr. Durrani fraudulently misrepresented and fraudulently concealed material facts to Plaintiff which Plaintiff relied upon to his detriment.

   E. Based upon A-D, these facts were the proximate cause of damages to Plaintiff.

4. All defenses and pleadings of Defendants Dr. Durrani and CAST are stricken and they are not permitted to present any evidence at the trial of any issue in this case.

5. Plaintiff requests a default judgment on liability, causation and damages on all claims against Dr. Durrani and CAST.

To allow Dr. Durrani to flee, ignore a deposition notice, and yet fully defend the case is unjust, unfair and unacceptable.

Respectfully submitted,

Stephanie L. Collins (0089945)
5247 Madison Pike
Independence, KY 41051
859-363-1900 - telephone
859-363-1444 - facsimile

## CERTIFICATE OF SERVICE

I hereby certified that a true and accurate copy of the foregoing was served by electronic mail this ____ day of June 2014, to all counsel of record:

### Index of Exhibits

1. May 21, 2013 Letter Cancelling Dr. Durrani Deposition on Representation of Durrani Counsel

2. January 22, 2014 Email Requesting Dr. Durrani Deposition

3. February 3, 2014 Letter from Paul McCartney

4. May 7, 2014 Emails

5. May 13, 2014 Letter (Collins)

6. May 13, 2014 Letter (Lyon)

7. May 21, 2014 Letter (Brockman)

8. Notice of Depositions:  Butler County- Nichols, Hamilton County- Feltner

9. Previously Filed Amended Motion to Compel

10. Order Overruling the Motion to Compel

11. May 30, 2014 Letter (Lyon)

# 1.   May 21, 2013 Letter Cancelling Dr. Durrani Deposition on Representation of Durrani Counsel



# LAW OFFICE

Attorneys Licensed in
Kentucky, Ohio, West Virginia and Florida

Debra A. Nelson
Erin G. Rosen
Nancy H. Ludwig
Mark C. Eppley
Tina R. Edmondson
Edward A. Clark
Stephanie L. Collins
Christopher D. Roach
Brian M. Cable

K. Joshua Waters
Russell T. Elliott
Meghan E. Kane
Benjamin T. Rigg

Kim Moore *(Nurse)*
Ginger Dietrich *(Nurse)*
Bonnie Cook *(Nurse)*

Chad Fuller *(Investigator)*
Parker Deters *(Investigator)*
Doug Hunter *(Worker's Comp Paralegal)*
Alexa Kavanaugh *(Paralegal)*
Kelly Matt *(Paralegal)*
Shelly Bagby *(Employment Paralegal)*
Mona Eldridge *(Personal Injury Paralegal)*
Erika Morthland *(Paralegal)*
Trisha Morley *(In-house Court Reporter)*

Reply To:
May 21, 2013

Hon. Walter Haggerty
Fax: 513-651-6981

Karen Carroll
kcarroll@rendigs.com
Fax 513-381-9206

Paul McCartney
Fax 513-381-9206

J. David Brittingham
F: 513-977-8141
davidbrittingham@dinsmore.com

Mike Lyon
(513) 421-0212 (Fax)
Mlyon@lindhorstlaw.com

James Brockman
Fax: (513) 421-0212

**RE:  Dr. Durrani's Deposition (Attached Notices of Depositions)**

Counselors:

On January 22, we requested Dr. Durrani's deposition (attached).

On February 3, Paul McCartney responded with "he is unable to give a deposition at the present time in this case or in any other case (attached).

We filed a Motion to Compel based upon that above representation and representations made in discovery answers and pleadings by James Brockman that "efforts to communicate with have been fruitless."

We have supplied you Dr. Durrani's home address, home phone number, work address, work phone number, his cell number and his email addresses where he still communicated as of March to at least one patient.

Main Office
5247 Madison Pike
Independence, KY 41051
859.363.1900 • Fax: 859.363.1444
1.866.960.HURT

5290 Madison Pike, Suite 30
Independence, KY 41051
859.534.6220
Fax: 859.960.6245

19 Broadcast Plaza
635 West 7th Street, Suite 401
Cincinnati, OH 45203
513.729.1999 • Fax: 513.381.4084

Judge Guckenberger overruled our Motion to Compel solely on the basis that a Notice of Deposition wasn't noticed.

We noticed Dr. Durrani's deposition for tomorrow and Friday (attached).

On May 7, 2014, Paul McCartney and I exchanged emails (attached) where the pledge to let us know in "advance of the depositions as to whether Dr. Durrani will appear or not to avoid the costs associated with showing up and then not having Dr. Durrani appears."

On May 13, 2014, we received the attached letter claiming you notified Dr. Durrani of his deposition, but as of May 13, 2014 you had not received any word from him.

Yesterday, May 20, 2014, we asked for an update. This morning I received the attached email from Jim Brockman.

Based upon everything outlined in this letter and the attachments, and the circumstances to the logistics involved in this deposition, we have no intention of wasting our time and money with the phone connection and court reporter arrangements we made to conduct this deposition. It wasn't easy.

Therefore, the depositions Thursday and Friday are canceled solely based upon what I outlined here.

It's our position and will be our position, we have complied under CR 37 with noticing his deposition.

Sincerely,

Stephanie L. Collins

SLC/sj

# 2.    January 22, 2014 Email Requesting Dr. Durrani Deposition

**Sarah Jones**

| | |
|---|---|
| **From:** | Eric Deters |
| **Sent:** | Wednesday, January 22, 2014 1:38 PM |
| **To:** | Loretta Little; David Williamson; mlyon@lindhorstlaw.com; James Brockman; lmccluskey@lindhorstlaw.com; bmcpeek@lindhorstlaw.com; bpaliobeis@fbtlaw.com; whaggerty@fbtlaw.com; Angelina Jackson; David Brittingham; Karen A. Carroll; jhines@rendigs.com; mmcpeek@rendigs.com; Marilena Walters; Michael Crites; Arthur E. Phelps; Jessica Pratt; Paul W. McCartney; Gabe Joseph; lhillerich@rendigs.com; Rick L. Weil; Debra Nelson; Maryjo.pullen@dinsmore.com; Melissa.korfhage@dinsmore.com; Guy C. Guckenberger |
| **Cc:** | Josh Waters; Steve Kilburn; Sarah Jones; Kimberly Moore; Debra Nelson; Chuck Holbrook; Chad Fuller; Ginger Dietrich; Bonnie Cook |
| **Subject:** | Dr. Durrani Contact Information- Deposition Request |
| **Attachments:** | Dr. Durrani Contact Information.pdf |

Dr. Durrani is at the Doctor's Hospital in Lahore, Pakistan. He's the Chief Spine Surgeon there performing surgeries and seeing patients. I attach the address and phone number. He also communicated from Pakistan by phone with Mike Lyon. He has a number for him too. This letter is to request his deposition on the Cory Wright case and all cases in the order they are scheduled for trial. We will do the deposition by phone and/or video.

1

# 3.    February 3, 2014 Letter from Paul McCartney



**Rendigs, Fry, Kiely & Dennis, LLP**
Cincinnati  Cleveland  Dayton

600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

February 3, 2014

Eric C. Deters, Esq.
Eric C. Deters & Partners, PSC
5247 Madison Pike
Independence, KY 41051

Re:     *Julie Wright, Indiv., James Wright, Indiv., and Their Son, Cory Wright v. Abubakar*
        *Atiq Durrani, M.D., et al.*
        RFK&D Ref:  10963-4

Dear Mr. Deters:

This is in response to your letter of January 22, 2014 requesting the deposition of Dr. Durrani.
Dr. Durrani has indicated that he is unable to give a deposition at the present time in this case
or in any other case.

Please let me know if you have any questions.

Very truly yours,

RENDIGS, FRY, KIELY & DENNIS, L.L.P.

*/s/ Paul W. McCartney*

Paul W. McCartney

PWM/jsz

c:      J. David Brittingham, Esq.

1190116.1

Paul W. McCartney, Esq.
(513) 381-9234
pmccartney@rendigs.com
Admitted to Practice in Ohio

# 4.    May 7, 2014 Emails

**From:** McCartney, Paul W. [pmccartney@rendigs.com]
**Sent:** Wednesday, May 07, 2014 3:11 PM
**To:** Stephanie Collins
**Cc:** Debra Nelson; 'aep'; mlyon@lindhorstlaw.com; James Brockman
**Subject:** RE: Durrani Deposition in Romer and Feltner

Dear Stephanie:

You are not entitled to know how or if we have communicated to Dr. Durrani about the notices. As we pledged to do, we will let you know in advance of the depositions as to whether Dr. Durrani will appear or not to avoid the costs associated with showing up and then not having Dr. Durrani appear. These depositions are still two plus weeks away and we will let you know as soon as possible.

Paul

**From:** Stephanie Collins [mailto:scollins@ericdeters.com]
**Sent:** Wednesday, May 07, 2014 12:29 PM
**To:** McCartney, Paul W.; mlyon@lindhorstlaw.com; James Brockman
**Cc:** Debra Nelson
**Subject:** Durrani Deposition in Romer and Feltner

Please advise whether you have informed Dr. Durrani of the depositions noticed in Jason Romer and Jacob Feltner and whether or not he will attend.

Thanks,


Stephanie L. Collins
Attorney at Law
5247 Madison Pike
Independence, KY 41051
859-363-1900
fax: 859-363-1444
mailto:scollins@ericdeters.com
CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
CONFIDENTIALITY NOTICE: This e-mail message contains information that is confidential, may be protected by the attorney/client or other applicable privileges, and may constitute non-public information and trade secrets. It is


https://mail.ericdeters.com/OWA/?ae=Item&t=IPM.Note&id=RgAAAAA9ZxOROBaDTbb...   5/9/2014

ELECTRONICALLY FILED 06/04/2014 08:43 / MOTI / A 1302781 / CONFIRMATION NUMBER 338061

# 5.   May 13, 2014 Letter (Collins)



**LAW OFFICE**

Attorneys Licensed in
Kentucky, Ohio, West Virginia and Florida

Charles H. Deters
Debra A. Nelson
Erin G. Rosen
Nancy H. Ludwig
Mark C. Eppley
Tina R. Edmondson
Edward A. Clark
Stephanie L. Collins
Christopher D. Roach
Brian M. Cable

Diane E. Huff
K. Joshua Waters
Russell T. Elliott
Meghan E. Kane
Benjamin T. Rigg

Kim Moore (Nurse)
Ginger Dietrich (Nurse)
Bonnie Cook (Nurse)

Chuck Holbrook (Investigator)
Chad Fuller (Investigator)
Parker Deters (Investigator)
Doug Hunter (Worker's Comp Paralegal)
Alexa Kavanaugh (Paralegal)
Kelly Matt (Paralegal)
Shelly Bagby (Employment Paralegal)
Mona Eldridge (Personal Injury Paralegal)
Erika Morthland (Paralegal)
Trisha Morley (In-house Court Reporter)

Reply To:

May 13, 2014

Mike F. Lyon, Esq.
Jim Brockman, Esq.
David Williamson, Esq.
Brad McPeek, Esq.
Laurie McCluskey, Esq.
Lindhorst & Dreidame Co., L.P.A.
312 Walnut St., Suite 3100
Cincinnati, OH 45202

Paul McCartney, Esq.
Jessica Pratt, Esq.
Arthur Phelps, Jr., Esq.
Rendigs Fry Kiely & Dennis, LLP
600 Vine St., Suite 2650
Cincinnati, OH 45202

Counselors:

   Mike told me last week he would respond Monday about Dr. Durrani's deposition. I also received an email from Paul which failed to answer the simple question: is Dr. Durrani going to attend his telephonic deposition or not and where does he want to do it from if he does.

   If we do not have an answer by Thursday, we will assume he's attending as noticed and will spend the money we have to take it as planned. If he doesn't show up, we will seek all sanctions permitted and the fees. You are acting as if we are being difficult when a simple yes or no whether a party is appearing for their deposition is all we are asking.

                              Sincerely,

                              Stephanie L. Collins

/sj
Copy: Debra Nelson

Charles Deters
Main Office
5247 Madison Pike
Independence, KY 41051
859.363.1900 • Fax: 859.363.1444
1.866.960.HURT

5290 Madison Pike, Suite 30
Independence, KY 41051
859.534.6220
Fax: 859.960.6245

19 Broadcast Plaza
635 West 7th Street, Suite 401
Cincinnati, OH 45203
513.729.1999 • Fax: 513.381.4084

# 6.    May 13, 2014 Letter (Lyon)

# LINDHORST & DREIDAME

**A LEGAL PROFESSIONAL ASSOCIATION**

JAMES J. O'CONNELL
JAY R. LANGENBAHN (1)
JAMES H. SMITH III
MICHAEL F. LYON
THOMAS E. MARTIN
JAMES F. BROCKMAN
BARRY F. FAGEL (1)
MICHELLE L. CLEMONS
BRADLEY D. McPEEK
DAVID E. WILLIAMSON
LAURIE A. McCLUSKEY

312 WALNUT STREET, SUITE 3100
CINCINNATI, OHIO 45202-4048
TELEPHONE: (513) 421-6630
FACSIMILE: (513) 421-0212
WWW.LINDHORSTLAW.COM

CHRISTOPHER H. HURLBURT (1)
————
AMBROSE H. LINDHORST 1913-1997
ROBERT F. DREIDAME 1914-1978
WILLIAM J. WALSH 1919-1996
LEO J. BRESLIN 1928-2000
————
(1) ALSO ADMITTED IN KENTUCKY

**WRITER'S DIRECT DIAL**
(513) 345-5789
mlyon@lindhorstlaw.com

May 13, 2014

Stephanie Collins, Esq.
Eric C. Deters & Associates
5247 Madison Avenue
Independence, KY 41051-7941

      RE:   Notice of Deposition of Dr. Durrani

Dear Ms. Collins:

      As requested, we have notified Dr. Durrani of his deposition that you recently noticed.

      As of May 13, 2014 we have not received any word from Dr. Durrani regarding the deposition.

      I trust this satisfies your inquiries and if you have any questions or comments, please don't hesitate to contact us.

                Very truly yours,

                LINDHORST & DREIDAME

                /s/   *Michael F. Lyon*

                Michael F. Lyon

MFL/amw

cc:   All counsel of record

# 7.　May 21, 2014 Letter (Brockman)

## Durrani

James Brockman [JBrockman@lindhorstlaw.com]
**Sent:**Wednesday, May 21, 2014 7:26 AM
**To:**   Stephanie Collins

Ms. Collins:

Before I replied to your inquiry of yesterday, I wanted to check with Messrs. Lyon and McCartney. I know I had not had any reply from Dr. Durrani regarding the deposition. I have now heard from Messrs. Lyon and McCartney. They haven't either.

Based on the lack of communication from Dr. Durrani, we assume he does not plan to attend. In light of that, I would not go through the formality and expense of arranging for the Court Reporter, etc. to set up his deposition to prove he didn't show. We will not insist you actually "appear" at some deposition, via teleconference or otherwise, to make your record.

IF we do hear something from him, we'll be sure to advise you as soon as we can.

I trust this satisfies your latest inquiry.

Jim Brockman
513 345 5798

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code of 1986, as amended, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
The information contained in this electronic message is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and delete the message. Thank you.

ELECTRONICALLY FILED 06/04/2014 08:43  /  MOTI  /  A 1302781  /  CONFIRMATION NUMBER 338061     5/21/2014 8:05 AM

8.  Notice of Depositions:  Butler County- Nichols, Hamilton County- Feltner

## COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

| | |
|---|---|
| TERESA NICHOLS | :   Case No.  CV 2013 04 1128 |
| | : |
|       Plaintiff, | :   Judge Guckenberger |
| | : |
| v. | : |
| | : |
| ABUBAKAR ATIQ DURRANI, M.D. et. | : |
| al., | :   NOTICE OF DEPOSITION |
| | : |
|       Defendants | : |
| | : |
| | : |

The Plaintiff, by and through counsel, pursuant to the Ohio Rules of Civil Procedure, will take the deposition of **Abubakar Atiq Durrani, M.D.** on **Thursday, May 22, 2014 at 4:00 p.m. (PKT) (7:00 a.m. EST)** at our Cincinnati office located at 635 W. Seventh Street, Suite 401, Cincinnati, Ohio 45203, before a court reporter duly authorized to administer an oath, the deposition to continue until complete and will be taken by telephone. **For emphasis, this is 7:00 a.m. EST on Thursday, May 22, 2014. It will be 4:00 p.m. PKT at that time.** Dr. Durrani is requested to be at the Doctor's Hospital at Lahore, Pakistan.

Respectfully submitted,

Stephanie L. Collins (0089945)
5247 Madison Pike
Independence, KY 41051
859-363-1900 - telephone
859-363-1444 - facsimile

## CERTIFICATE OF SERVICE

I hereby certified that a true and accurate copy of the foregoing was served by electronic mail this ____ day of April 2014, to:

30

April

Mike F. Lyon, Esq.
James Brockman
Lindhorst & Dreidame Co., L.P.A.
312 Walnut St., Suite 3100
Cincinnati, OH 45202

Paul McCartney
Karen A. Carroll
Jeffrey Hines
Readigs Fry Kiely & Dennis LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202

2

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| WILLIAM and DONNA FELTNER<br>Individually and as Best Friend of their<br>Minor Child, JACOB FELTNER | Case No. A1301232 |
| | Judge Robert P. Ruehlman |
| Plaintiffs, | |
| v. | |
| | NOTICE OF DEPOSITION |
| ABUBAKAR ATIQ DURRANI, M.D. et.<br>al., | |
| Defendants | |

The Plaintiff, by and through counsel, pursuant to the Ohio Rules of Civil Procedure, will take the deposition of **Abubakar Atiq Durrani, M.D.** on Friday, May 23, 2014 at 4:00 p.m. (PKT) **(7:00 a.m. EST)** at our Cincinnati office located at 635 W. Seventh Street, Suite 401, Cincinnati, Ohio 45203, before a court reporter duly authorized to administer an oath, the deposition to continue until complete and will be taken by telephone. **For emphasis, this is 7:00 a.m. EST on Friday, May 23, 2014. It will be 4:00 p.m. PKT at that time.** Dr. Durrani is requested to be at the Doctor's Hospital at Lahore, Pakistan.

Respectfully submitted,

Stephanie L. Collins (0089945)
5247 Madison Pike
Independence, KY 41051
859-363-1900 - telephone
859-363-1444 - facsimile

## CERTIFICATE OF SERVICE

I hereby certified that a true and accurate copy of the foregoing was served by electronic mail this ___30th___ day of April 2014, to:

J. David Brittingham
Allison G. Davis
Dinsmore & Shohl LLP
Suite 1900
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
Email: david.brittingham@dinsmore.com
*Attorney for Defendant*
*Cincinnati Children's Hospital Medical Ctr.*


Mike F. Lyon, Esq.
James Brockman
Lindhorst & Dreidame Co., L.P.A.
312 Walnut St., Suite 3100
Cincinnati, OH 45202

Paul McCartney
Karen A. Carroll
Rendigs Fry Kiely & Dennis LLP
600 Vine Street, Suite 2650
Cincinnati, OH 45202

2

# 9. Previously Filed Amended Motion to Compel

# IN THE COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO
### CIVIL DIVISION

Plaintiffs,
As Listed in Exhibit A,

FILED BUTLER CO.
COURT OF COMMON PLEAS

Case No. See Exhibit A

:

Plaintiffs,

APR 0 7 2014

:

-vs-

MARY L. SWAIN
CLERK OF COURTS

Judge Guckenberger

Abubakar Atiq Durrani, M.D. et al.,

:

:

Defendants.

:

---

## AMENDED MOTION TO COMPEL DR. DURRANI TO A DEPOSITION AND/OR SANCTIONS UNDER CIVIL RULE 37

---

Dr. Durrani and his legal counsel are feigning Dr. Durrani's unavailability and lack of cooperation. Dr. Durrani is practicing medicine at Doctor's Hospital in Lahore, Pakistan (Attached Exhibit 1). We requested his deposition (Attached Exhibit 2). His counsel responded he was not available (Attached Exhibit 3). We insisted on proof (Attached Exhibit 4). There has not been any response.

Meanwhile, as reflected by the attached, Dr. Durrani not only stays in contact with American patients, he's still directing their treatment (Exhibit 5).

Dr. Durrani's legal counsel in answering discovery states: "Recent efforts to communicate with him have been fruitless." (Exhibit 6). It is a complete and total farce.

This is relevant for several reasons:

1. Counsel for Dr. Durrani should be compelled to produce Dr. Durrani for deposition by videoconferencing or by phone.

1

2. If Dr. Durrani does not provide a deposition in a case, that fact should be permitted to be
   told to the jury in the case and Plaintiffs seek the sanctions allowed under Civil Rule 37.

3. If Dr. Durrani does or does not provide a deposition and the reason he does or does not, is
   relevant on the issue of Medical Protective's attempt to avoid coverage on claims.

The Plaintiffs are entitled to the truth from Dr. Durrani's counsel and a deposition from
Dr. Durrani in each case if we so choose.

Technology available in 2014 makes the fact Dr. Durrani in Pakistan no excuse to not be
deposed. In fact, Dr. Durrani knowing he is safe from prosecution in Pakistan would increase
the likelihood he would choose to defend his conduct as he has in all cases if he was truly asked
to provide a teleconferenced deposition.

Requiring Dr. Durrani counsel to produce proof they even asked Dr. Durrani is not
attorney client privileged or protected work product. It's a deposition request. If the Court
believes it is, the Court could make an in camera inspection of what they claim they sent.

It's Plaintiffs position, they either did not ask or intentionally directed him not to do a
deposition. However, for purposes of Civil Rule 37, it makes no difference:

1. Dr. Durrani and CAST are parties.

2. A deposition has been requested.

3. Dr. Durrani's counsel has represented Dr. Durrani won't give a deposition.

Plaintiffs seek the sanctions under 37(b)(2)(a). It appears from the case law it does not
even require a Motion. If this requires an Order first, we ask for an Order for Dr. Durrani to
submit to a deposition as requested. If he refuses or if the Court, based upon his counsel's
representations considers an Order unnecessary, we would like to draft what "designated" facts
be taken as established, we would ask Dr. Durrani's defenses be prohibited, we would ask he not

2

be permitted to call an expert, his pleadings be stricken, and a finding he's in contempt in each Butler County case. Other than the Brenda Shell, Dr. Durrani has not given a deposition in any of these cases.

Based upon Dr. Durrani's legal counsel's representations a Notice and Court Order would be futile. Dr. Durrani's legal counsel has stated: He's not available to be deposed.

*Settle v. Thurber Manor Apartments*, 10th Dist. Franklin No. 98AP-608, 1999 WL 352990, at *4 (May 11, 1999):

"[T]he type of discovery violations found by the trial court to be willful and in bad faith are those requiring a violation of an order compelling discovery before sanctions can be imposed under Civ.R. 37. In *Dafco Inc. v. Reynolds (1983), 9 Ohio App.3d 4, 457 N.E.2d 916,* this court addressed the propriety of imposing discovery sanctions under Civ.R. 37. In particular, this court noted that under Civ.R. 37(D), a party who fails to appear at a properly noticed deposition or remains silent in the face of properly served written discovery requests is subject to immediate imposition of sanctions after motion and notice. *Id.* at 4-5, 457 N.E.2d 916."

*Russo v. Goodyear Tire & Rubber Co.,* 9th Dist. Summit No. 12790, 36 Ohio App.3d 175, 178, 521 N.E.2d 1116 (1987): "It is exclusively within the trial court's discretion to determine the particular sanction to be imposed for the particular infraction committed. . . [T]he trial court must consider the posture of the case and what efforts, if any, preceded the noncompliance and then balance the severity of the violation against the degree of possible sanctions, selecting that sanction which is most appropriate.

In deciding, the trial court should look to several factors: the history of the case; all the facts and circumstances surrounding the noncompliance, including the number of opportunities and the length of time within which the faulting party had to comply with the discovery or the

order to comply; what efforts, if any, were made to comply; the ability or inability of the faulting party to comply; and such other factors as may be appropriate." *See also Huntington Natl. Bank v. Zeune,* 10th Dist. No. 08AP-1020, 2009 WL 2100920 (July 16, 2009).

*Coon v. Froehlich,* 573 F.Supp. 918, 923 (S.D. Ohio 1983):

"The sanctions of Rule 37(d) may be imposed even in the absence of an order compelling discovery. *See* 4A Moore's Federal Practice, ¶ 37.05; 8 Wright & Miller Federal Practice and Procedure, § 2291."

Based upon Dr. Durrani's counsel representations, the fact Dr. Durrani fled the country, the number of individuals effected by his conduct, the fact Dr. Durrani's carrier wants to benefit from his flight, we believe the strongest sanctions possible are warranted.

Plaintiff requests all relief they are entitled to under Civil Rule 37.

Respectfully Submitted,

/s/ Stephanie Collins
Stephanie Collins
Attorney for Plaintiff
5247 Madison Pike
Independence, KY 41051
859-363-1900 Fax: 859-363-1444
dnelson@ericdeters.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing was sent electronically on this

3 day of April, 2014 to all counsel of record:

/s/ Stephanie Collins
Stephanie Collins

4

## <u>Table of Contents</u>

1.  Dr. Durrani's New Hospital In Lahore, Pakistan

2.  Request for Dr. Durrani's Deposition

3.  Claim Dr. Durrani Is Not Available

4.  Second Request for Dr. Durrani Deposition

5.  Dr. Durrani Communication with Patients Here in the U.S.

6.  Claims by Dr. Durrani Counsel "efforts to communicate with him have been fruitless."

# Exhibit 1:  Dr. Durrani's New Hospital In Lahore, Pakistan

1/16/2014        Doctors | Doctors Hospital | Doctors Hospital Pakistan



Search...

Home    About    Mission    Facility    **Doctors**    Departments    Contact          92-42-35302701-14

## Doctors



All of our senior doctors have decades of experience from many of the most respected medical institutions in the world and have the highest professional degrees in their specialties from the United States, United Kingdom, Ireland, and Pakistan.

With such an extensive professionally trained staff of doctors we are able to provide our patients the best health care in the country – at par with the top medical facilities around the world.

> Our facility offers a full spectrum of specialties and medical technologies to help our patients receive optimal care.

Our staff spans across the full spectrum of medical specialties including:

Internal Medicine
Pediatrics / Neonatology
Pulmonary and Intensive / Critical Care
Neurology
Nephrology
Endocrinology
Cardiology – Invasive and non-invasive
Cardiothoracic Surgery
Cardiac Electrophysiology
Orthopedics and Sports Medicine
Urology
Nephrology and Dialysis
Ophthalmology
Ear, Nose and Throat / Audiology
Neurosurgery
General and laparoscopic surgery
Obstetrics and Gynecology
Clinical Nutrition Consultancy
Physical Rehabilitation

Our state of the art technologies allows us to offer the most modern treatment care via:

Complete Pathology Services
Complete Diagnostic and Therapeutic Radiology
Digital X-Rays
3D/4D ultrasound.
Fluoroscopy
64-slice CT Scanner
Two Open-bore MRI machines
Complete Nuclear Medicine – Diagnostic and Therapeutic
Invasive Radiology
Total body Angiography Complete – Diagnostic and Therapeutic
Coronary Angiography / Angioplasty and Stent Placement

| Consultant Name | Education | Special Interest | Specialty |
|---|---|---|---|
| Dr. Khurshid Khan | Diplomate of American Board in Diabetes & Endocrinology(USA) Diplomate of American Board in Internal Medicine(USA) Hypertension Specialist Certification (USA) | Diabetes | Associate professor of Medicine / Endocrinology |

ELECTRONICALLY FILED 06/04/2014 08:43 / MOTI / A 1302781 / CONFIRMATION NUMBER 338061

1/16/2014 Doctors | Doctors Hospital | Doctors Hospital Pakistan

| | | | |
|---|---|---|---|
| | Medicine(USA) Hypertension Specialist Certification (USA) | | Endocrinology |
| Dr. A. Atiq Durrani | M.D, Assistant Professor Orthopaedic Surgery Spine Specialist Clinical Dir., Musculoskeletal Tumor Centre Director, Center for Spinal Disorders | Spine Surgery | Orthopaedic Surgeon |
| Dr. Aamir Mahmud Ijaz | MBBS, MS ( Thoracic Surgery) | Thoracic Surgery | Thoracic Surgery |
| Dr. Abdul Majeed Chaudhry | MBBS, MHPE(Holland), FRCS(Glas),FRCS (Edin) FCPS (Pak) | Laparoscopic Surgery | General Surgeon |
| Dr. Abeera Mansoor | MD, F.A.C.P Diplomate American Board of Internal Medicine & Nephrology | Nephrology | Nephrologist |
| Dr. Abu Bakar Siddiq | M.B.B.S, M.S. (Orthopaedic Surgery) Consultant Orthopaedic Surgeon Member American Association of Orthopaedic Surgeons | Orthopaedic trauma | Orthopaedic Surgeon |
| Dr. Afsar Ali Bhatti | M.B.B.S,F.C.P.S.(Gen.Surgery) | Laparoscopic Surgery | Consultant Surgeon |
| Dr. Aftab Ahmed Choudhary | F.R.C.S. Professor of Surgery | | Professor of Surgery (General Surgeon) |
| Dr. Ali Raza Khan | MBBS, Diplomate American Board of Thoracic Surgery, Diplomate American Board of Surgery | Video assisted Thoracic surgery | Thoracic Surgeon |
| Dr. Alia Bashir | MBBS,DGO,MCPS,FCPS. | | Consultant Gynaecologist |
| Dr. Amer Ikram | Neurologist Diplomate American Board of Psychiatry & Neurology | | Neurology |
| Dr. Amer Latif | MBBS, FRCS-I,DRCS-I, UEMS-EBS | | Hepatobiliary & Liver Transplant Surgeon |
| Dr. Anjum Habib Vohra | MBBS, FRCS Diploma in Microsurgery Professor of Neurosurgery | | Neuro Surgeon |
| Dr. Anwaar A.Khan/Dr.Shahid Sarwar | M.D.,M.A.C.P.,F.A.C.G.,F.R.C.P.(Edin) Diplomate American Board of Gastroenterology & Hepatology Diplomate American Board of Internal Medicinea (Gastroenterology), Consultant Gastroenterologist, Hepatologist. | | Consultant Gastroenterologist |
| Dr. Aqib Sohail | BDS, FCPS (OMS) | | Consultant Oral and Maxillofacial Surgeon |
| Dr. Arif Hamayun Agha | MD, FRCS (Ed), FRCS (Eng.), Diplomate American Board of Urology | | Consultant Urologist |
| Dr. Asim Mahmood | MBBS, FRCS(Surgery). The American Board (N. Surgery) | | Neurosurgery |
| Dr. Atif Ikram | MBBS. M.S (Audiology), Ph.D (Audiology) | Vertigo | Audiologist |
| Dr. Azmo Hussain Shah | F.R.C.S (UK), F.A.C.S (USA) Consultant Urological & Kidney Transplant Surgeon | | Urologist & Kidney Transplant Surgeon |

ELECTRONICALLY FILED 06/04/2014 08:43 / MOTI / A 1302781 / CONFIRMATION NUMBER 338061

# Exhibit 2: Request for Dr. Durrani's Deposition

## Sarah Jones

| | |
|---|---|
| **From:** | Eric Deters |
| **Sent:** | Wednesday, January 22, 2014 1:38 PM |
| **To:** | Loretta Little; David Williamson; mlyon@lindhorstlaw.com; James Brockman; lmccluskey@lindhorstlaw.com; bmcpeek@lindhorstlaw.com; bpaliobeis@fbtlaw.com; whaggerty@fbtlaw.com; Angelina Jackson; David Brittingham; Karen A. Carroll; jhines@rendigs.com; mmcpeek@rendigs.com; Marilena Walters; Michael Crites; Arthur E. Phelps; Jessica Pratt; Paul W. McCartney; Gabe Joseph; lhillerich@rendigs.com; Rick L. Weil; Debra Nelson; Maryjo.pullen@dinsmore.com; Melissa.korfhage@dinsmore.com; Guy C. Guckenberger |
| **Cc:** | Josh Waters; Steve Kilburn; Sarah Jones; Kimberly Moore; Debra Nelson; Chuck Holbrook; Chad Fuller; Ginger Dietrich; Bonnie Cook |
| **Subject:** | Dr. Durrani Contact Information- Deposition Request |
| **Attachments:** | Dr. Durrani Contact Information.pdf |

Dr. Durrani is at the Doctor's Hospital in Lahore, Pakistan. He's the Chief Spine Surgeon there performing surgeries and seeing patients. I attach the address and phone number. He also communicated from Pakistan by phone with Mike Lyon. He has a number for him too. This letter is to request his deposition on the Cory Wright case and all cases in the order they are scheduled for trial. We will do the deposition by phone and/or video.

1

# Exhibit 3:  Claim Dr. Durrani Is Not Available

# Rendigs

ATTORNEYS AT LAW

Rendigs, Fry, Kiely & Dennis, LLP
Cincinnati Cleveland Dayton

600 Vine Street, Suite 2650
Cincinnati, Ohio 45202

February 3, 2014

Eric C. Deters, Esq.
Eric C. Deters & Partners, PSC
5247 Madison Pike
Independence, KY 41051

Re:     *Julie Wright, Indiv., James Wright, Indiv., and Their Son, Cory Wright v. Abubakar
        Atiq Durrani, M.D., et al.*
        RFK&D Ref: 10963-4

Dear Mr. Deters:

This is in response to your letter of January 22, 2014 requesting the deposition of Dr. Durrani.
Dr. Durrani has indicated that he is unable to give a deposition at the present time in this case
or in any other case.

Please let me know if you have any questions.

Very truly yours,

RENDIGS, FRY, KIELY & DENNIS, L.L.P.

*/s/ Paul W. McCartney*

Paul W. McCartney

PWM/jsz

c:     J. David Brittingham, Esq.

1190116.1

Paul W. McCartney, Esq.
(513) 381-9234
pmccartney@rendigs.com
Admitted to Practice in Ohio

# Exhibit 4:  Second Request for Dr. Durrani Deposition



| | Debra A. Nelson | Diane E. Huff | Chuck Holbrook *(Investigator)* |
|---|---|---|---|
| | Erin G. Rosen | K. Joshua Waters | Chad Fuller *(Investigator)* |
| | Nancy H. Ludwig | Russell T. Elliott | Parker Deters *(Investigator)* |
| | Mark C. Eppley | C. Stephen M. Kilburn | Doug Hunter *(Worker's Comp Paralegal)* |
| | Tina R. Edmondson | Meghan E. Kane | Alexa Kavanaugh *(Paralegal)* |
| | Edward A. Clark | Austin A. Cortez | Kelly Matt *(Paralegal)* |
| | Greg A. Temming | | Shelly Bagby *(Employment Paralegal)* |
| | Ian A. Stegmaier | Kim Moore *(Nurse)* | Mona Eldridge *(Personal Injury Paralegal)* |
| Attorneys Licensed in | Stephanie L. Collins | Ginger Dietrich *(Nurse)* | Erika Morthland *(Paralegal)* |
| Kentucky, Ohio, West Virginia and Florida | Christopher D. Roach | Bonnie Cook *(Nurse)* | Trisha Morley *(In-house Court Reporter)* |
| | Brian M. Cable | | |

Reply To:
February 5, 2014

Paul McCartney, Esq.
RENDIGS FRY KIELY & DENNIS
600 Vine Street, Suite 2650
Cincinnati, OH 45202

RE: Your February 3, 2014 Letter Regarding Dr. Durrani Deposition

Dear Mr. McCartney:

Eric forwarded the attached letter to my attention. Regarding Dr. Durrani not being available to be deposed, we would like proof that 1. he was asked to participate in the deposition and 2. proof Dr. Durrani responded with a refusal to participate in the deposition. This information will be obtainable as discovery in the dec action. Of note, the dec action includes correspondence by email from Dr. Durrani as an exhibit. Additionally, please copy Debra A. Nelson and myself on future correspondences regarding Durrani cases.

Sincerely,

K. Joshua Waters

KJW/km

Encl.

CC: Debra A. Nelson

Main Office
5247 Madison Pike
Independence, KY 41051
859.363.1900 • Fax: 859.363.1444
1.866.960.HURT

5290 Madison Pike, Suite 30
Independence, KY 41051
859.534.6220
Fax: 859.960.6245

19 Broadcast Plaza
635 West 7th Street, Suite 401
Cincinnati, OH 45203
513.729.1999 • Fax: 513.381.4084

# Exhibit 5:  Dr. Durrani Communication with Patients Here in the U.S.

From: Christy Goldstein  cgchristy3@aol.com
Subject: Durrani's emails
Date: February 17, 2014 at 9:03 PM
To: Chad Fuller chad@sriodefers.com

On Feb 17, 2014, at 8:48 PM, Atiq Durrani <adurrani.yourspinedoctor@gmail.com> wrote:

Well if he got a CT scan to determine if it has fused or not please send me those images. Your symptoms sound very much that is instability either above or below the fusion. Could be occipital -C1 instability or below. Send me those images and if you can get a CT in flex ion and extension. As well as lateral rotation that will be great.
AD

Sent from my iPhone

On 18-Feb-2014, at 6:44 am, Christy Goldstein <cgchristy3@aol.com> wrote:

When I turn my neck to the left or right I get shooting pain, feel a crunching noise as well  and see spots. The pain has been so horrible. I am not used to having this much pain this far after the surgery date. at some points I feel like I want to rip my head off. I hope you are doing well. I saw my old surgeon Dr. Sybert and he basically told me to not see him again because he won't help me,. So I am stuck in a tough spot.

I hope all is going well with you and hopefully things will get resolved for you.

All my best.

Christy
On Feb 17, 2014, at 8:38 PM, Atiq Durrani <adurrani.yourspinedoctor@gmail.com> wrote:

Christy
We fused both sides but instrumented one side only. There are reasons for that because I pack a ton of bone graft on both sides. Every ones anatomy is different. Sometimes it takes the C1 screw on both sides and sometimes it only takes on one side safely. Safety is the key as the vertebral artery is very close to the C1 screw. That is why if I can safely place both screws I place both sides and if I cannot then I won't risk your life. Fact is that one side instrumentation is plenty.
As far as fusion is concerned it is a hard place to fuse despite all efforts. One of the advantages of not instrumenting both sides is that we can pack a ton of bone graft on that side. That was done in those cases. Despite that it is still a hard place to fuse.
If you have recently got a CT scan Send me those images so I can assess the fusion myself. Then I will advise you what to do further from there.
Also what symptoms are you having?
Thanks for staying in touch,
AD

Sent from my iPhone

On 18-Feb-2014, at 3:04 am, Christy Goldstein <cgchristy3@aol.com> wrote:

So my C1-C2 did not fuse and was only tried to be fused on one side so what do I do now? Hope you are well

From: **Christy Goldstein** cgchristy3@aol.com
Subject: Fwd: HI!
Date: December 19, 2013 at 10:40 PM
To: Chad Fuller chad@ericdeters.com

Begin forwarded message:

From: Atiq Durrani <adurrani.yourspinedoctor@gmail.com>
Subject: Re: HI!
Date: December 19, 2013 at 10:29:24 PM EST
To: Christy Goldstein <cgchristy3@aol.com>
Reply-To: adurrani.yourspinedoctor@gmail.com

Christy
Thank you for your email. I appreciate your concern and support. Keep me in your thoughts and prayers. Thank you once again. It is greatly appreciated.
AD

On 20 Dec 2013 06:58, "Christy Goldstein" <cgchristy3@aol.com> wrote:
Hi Dr. Durranni!

I am so sorry all this is happening to you. Is there anything I can do to help?

All my best,

Christy Goldstein

# Exhibit 6: Claims by Dr. Durrani Counsel "efforts to communicate with him have been fruitless."

| | | |
|---|---|---|
| RONALD SCHUSTER | : | CV 2013 04 0993 |
| DAVID SCOTT, et al | : | CV 2013 02 0519 |
| RHONDA SCOTT, et al | : | CV 2013 07 2079 |
| DANA SETTERS, et al | : | CV 2013 07 2090 |
| BRENDA SHELL, et al | : | CV 2012 08 2824 |
| DONNA SMALLWOOD, et al | : | CV 2013 04 1191 |
| DAVID SMITH, et al | : | CV 2013 04 1200 |
| DAVID SNIDER | : | CV 2013 04 1180 |
| PATRICK & HAZEL STEPHENSON | : | CV 2013 10 2984 |
| TAYLOR, KAREN & CLINTON | : | CV 2013 09 2710 |
| LINDA KALLMEYER WARD | : | CV 2013 07 2077 |
| LONNIE WHEELER, et al | : | CV 2013 07 2094 |
| TROY WILDER | : | CV 2013 04 1197 |
| CAROL WILSON | : | CV 2013 02 0523 |
| PAULA WILSON | : | CV 2013 09 2745 |
| ROBERT WILSON | : | CV 2013 04 1076 |
| VICKY WILSON, et al | : | CV 2013 04 1106 |
| BILLY WOLSING, et al | : | CV 2013 03 0964 |
| LEAH RAY WRIGHT | : | CV 2013 07 2091 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge Guckenberger |
| | : | |
| ABUBAKAR ATIQ DURRANI, M.D., | : | DEFENDANTS' ABUBAKAR ATIQ |
| et al., | : | DURRANI, M.D. AND CENTER FOR |
| Defendants | : | ADVANCED SPINE TECHNOLOGIES, |
| | : | INC.'S RESPONSES TO PLAINTIFFS' |
| | : | FIFTH SET OF INTERROGATORIES |
| | : | AND REQUESTS FOR PRODUCTION |
| | : | OF DOCUMENTS |

Come now Defendants, Abubakar Atiq Durrani, M.D. and Center for Advanced

Spine Technologies, Inc., and for their response to Plaintiffs' Fifth Set of Interrogatories

and Requests for Production of Documents states as follows:

## INTRODUCTION

As opposing counsel and the Court are aware, Dr. Durrani has, allegedly, fled the

country. Recent efforts to communicate with him have been fruitless. Furthermore,

CAST is closed and has been effectively closed for quite some time. As such, even if

584836v1                                                          3

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO
CIVIL DIVISION

BRENDA SHELL,
And her husband JOHN SHELL

     Plaintiffs,

vs.

ABUBAKAR ATIQ DURRANI, M.D.,
et al.,

     Defendants.

:  Case No. CV 2012 08 2824
:
:  Judge Guckenberger
:
:
:
:
:  DEFENDANTS, ABUBAKAR
:  ATIQ DURRANI, M.D. AND
:  CENTER FOR ADVANCED
:  SPINE TECHNOLOGIES, INC.'S
:  RESPONSES TO PLAINTIFF'S
:  FIFTH SET OF
:  INTERROGATORIES AND
:  REQUESTS FOR PRODUCTION
:  OF DOCUMENTS

Come now Defendants, Abubakar Atiq Durrani, M.D. and Center for

Advanced Spine Technologies, Inc., and for their response to Plaintiffs' Fifth Set

of Interrogatories and Requests for Production of Documents states as follows:

## INTRODUCTION

As opposing counsel and the Court are aware, Dr. Durrani has, allegedly,

fled the country. Recent efforts to communicate with him have been fruitless.

Furthermore, CAST is closed and has been effectively closed for quite some

time. As such, even if any of the information sought in these discovery requests

is, in fact, discoverable, counsel for these Defendants cannot obtain this

information from Dr. Durrani and no one is authorized to answer discovery on

behalf of CAST. As such, any information provided in response to these

discovery requests is based upon these Defendants' counsel's ability to

determine the responses from information available to them.

584842v1                 1

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    Produce all of Dr. Burkus's contracts with Medtronics referenced in his deposition. This is for every year he had one and for every issue he had a contract.

**ANSWER:**

See the INTRODUCTION; the information requested in this Request for Production of Documents is unknown to these answering Defendants.

2.    Produce the total dollar amount of Dr. Burkus has been paid by Medtronic and all their affiliates over the course of his work with and for them. (See pg. 13 of his deposition).

**ANSWER:**

See the INTRODUCTION; the information requested in this Request for Production of Documents is unknown to these answering Defendants.

ELECTRONICALLY FILED 06/04/2014 08:43  /  MOTI  /  A 1302781  /  CONFIRMATION NUMBER 338061

*s/ James F. Brockman*
Michael F. Lyon          (0006749)
Laurie A. McCluskey      (0075310)
John A. Goldberg         (0009478)
James F. Brockman        (0009469)
LINDHORST & DREIDAME CO., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH  45202-4048
(513) 421-6630 phone
(513) 421-0212 facsimile
mlyon@lindhorstlaw.com
lmccluskey@lindhorstlaw.com
jgoldberg@lindhorstlaw.com
jbrockman@lindhorstlaw.com
*Attorney for Defendants, Abubakar Atiq Durrani,*
*M.D. and Center for Advanced Spine*
*Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. Mail on this 25 day of FEB , 2014.

Debra Nelson, Esq.
Eric C. Deters & Associates
5247 Madison Pike
Independence, KY 41051
*Attorney for Plaintiff*

Karen A. Carroll, Esq.
Jeffrey M. Hines, Esq.
Rendigs Fry Kiely & Dennis, LLP
600 Vine Street, Suite 2650
Cincinnati, OH  45202
*Attorneys for Defendants, West Chester*
*Hospital Medical Center and UC Health*

*s/ James F. Brockman*

584842v1                    3

# 10.  Order Overruling the Motion to Compel

COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

| | | |
|---|---|---|
| (As Listed in Exhibit A),<br>Plaintiffs | : | Case No. |
| | : | |
| | : | |
| -vs- | : | Judge Guckenberger |
| | : | |
| Abubakar Atiq Durrani, M.D. et al., | : | |
| Defendants. | : | Denial of Motion to Compel |
| | : | Dr. Durrani's Deposition |

Plaintiffs' amended motion to compel Dr. Durrani's deposition and/or sanctions under Civ.R. 37 is denied. Civ.R. 37(D) sanctions for a party's failure to appear at his deposition are expressly conditioned on the party "being served with a proper notice" of the deposition. Civ.R. 30(B)(1) specifies the contents of a notice to take a deposition. Plaintiffs' make no representation that Dr. Durrani was served with proper notice of his deposition and defendants, Durrani and CAST, claim no such notice has been given.

Notwithstanding the claimed unlikely presence of Dr. Durrani at a properly noticed deposition, the civil rules must be followed before the court can issue any order pursuant to Civ.R. 37(D). *Ohio Board of Clark County Com'rs v. Newberry*, 2nd Dist. Clark No. 2002–CA–15, 2002-Ohio-6087, ¶ 15.

IT IS SO ORDERED.

Judge Guy C. Guckenberger

A copy of this order has been emailed to:

charleshdeters123@gmail.com; debranelsonlaw@gmail.com;
jwaters@ericdeters.com;llittle@ericdeters.com; scollins@ericdeters.com;
dwilliamson@lindhorstlaw.com; mlyon@lindhorstlaw.com; jbrockman@lindhorstlaw.com;
lmccluskey@lindhorstlaw.com; bmcpeek@lindhorstlaw.com; bpaliobeis@fbtlaw.com;
whaggerty@fbtlaw.com; Angelina.jackson@dinsmore.com; david.brittingham@dinsmore.com;
kcarroll@rendigs.com; jhines@rendigs.com; mmcpeek@rendigs.com ;
maryjo.pullen@dinsmore.com; Marilena.Walters@Dinsmore.com;
Michael.Crites@Dinsmore.com;aphelps@rendigs.com; JPratt@Rendigs.com;
pmccartney@rendigs.com; dnelson@ericdeters.com; ctaggart@porterwright.com;
kvshaw@porterwright.com; Melissa.korfhage@dinsmore.com; tck@lawrencefirm.com;
jllawrence@lawrencefirm.com; jessica.schoenfeld@dinsmore.com;
jennifer.mitchell@dinsmore.com; stegeman.chris@gmail.com; nicklaw@fuse.net; jim@francis-law.com

# 11.  May 30, 2014 Letter (Lyon)

ELECTRONICALLY FILED 06/04/2014 08:43  /  MOTI  /  A 1302781  /  CONFIRMATION NUMBER 338061

# LINDHORST & DREIDAME

## A LEGAL PROFESSIONAL ASSOCIATION

JAMES L. O'CONNELL
JAY R. LANGENBAHN (1)
JAMES H. SMITH III
MICHAEL F. LYON
THOMAS E. MARTIN
JAMES F. BROCKMAN
BARRY F. FAGEL (1)
MICHELLE L. CLEMONS
BRADLEY D. McPEEK
DAVID E. WILLIAMSON (1)
LAURIE A. McCLUSKEY

312 WALNUT STREET, SUITE 3100
CINCINNATI, OHIO 45202-4048
TELEPHONE: (513) 421-6630
FACSIMILE: (513) 421-0212
WWW.LINDHORSTLAW.COM

**WRITER'S DIRECT DIAL**

CHRISTOPHER H. HURLBURT (1)
MATTHEW A. MIKHAIL (1)

AMBROSE H. LINDHORST 1913-1997
ROBERT F. DREIDAME 1914-1978
WILLIAM J. WALSH 1919-1996
LEO J. BRESLIN 1926-2000

(1) ALSO ADMITTED IN KENTUCKY

(513) 345-5798
jmlyon@lindhorstlaw.com

May 30, 2014

Stephanie L. Collins, Esq.                                    VIA REGULAR U.S. MAIL
Eric C. Deters & Associates
635 West 47th Street, #401
Cincinnati, OH. 45203

     RE:   Durrani Depositions

Dear Ms. Collins:

     We are in receipt of your May 27, 2014 correspondence with the attached Notice of Deposition in approximately 99 cases. We have advised Dr. Durrani of this.

     He advises he will not be available.

     In light of this advice, as was the case in the previously noticed deposition, we shall not insist that you go through the formality of arranging for a court reporter in Pakistan, having the reporter be there and you, personally, attend the deposition to prove he is unavailable.

     If you have any questions or comments, don't hesitate to contact me.

     Very truly yours,

     LINDHORST & DREIDAME

     */s/ Michael F. Lyon*

MFL/leb

cc: All Counsel of Record

589607v1